# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESTERN COMMUNITY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 2:13-cv-01268-GMN-CWH |

This matter is before the Court on the Defendant's Request for an Exception to the Personal Attendance Requirement at the Settlement Conference (#37), filed on April 15, 2014. On March 21, 2014, the Court entered an order scheduling a settlement conference for 9:00 a.m. on April 29, 2014. *See* Order #32. In doing so, the Court granted the parties leave to submit a request for an exception to the attendance requirements at least fourteen (14) days prior to the settlement conference. Defendant requests an exception to personal attendance for Clayton Brumett, representative for Defendant. No explanation was provided as to why the exception is necessary. After review, the Court finds that Clayton Brumett has not demonstrated good cause for the requested relief and his personal attendance at the settlement conference is required.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Request for an Exception to the Personal Attendance Requirement at the Settlement Conference (#37) is **denied**.

DATED this 16th day of April, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**