# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WOODBURY LAW, LTD., | Case No. 2:15-cv-02247-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BANK OF AMERICA NATIONAL ASSOCIATION, et al., | |
| Defendant(s). | |

This matter is before the Court on the failure of Defendant Bank of America N.A. ("Defendant") to comply with the order (Docket No. 6) requiring it to file a Certificate of Interested Parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. The court order, entered December 11, 2015, required Defendant to file its Certificate of Interested Parties no later than 4:00 p.m., December 18, 2015, and further advised Defendant that the failure to timely comply may result in sanctions. To date, Defendant has failed to comply.

The purpose of the certificate is to advise the Court of all parties who may have an interest in the outcome of the case so that the assigned judges may evaluate whether they have a conflict of interest which requires recusal. Filing the certificate is a simple matter. Failing to comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and court orders may result in sanctions up to and including case dispositive sanctions. If Defendant knows of no other parties who may have an interest in the outcome of this case, a simple statement to that effect will suffice.

Accordingly, Defendant shall show cause, in writing, **no later than January 5, 2016,** why sanctions should not be imposed in a court fine of up to $500 for its failure to file a Certificate of Interested Parties and its failure to comply with this Court's order (Docket No. 6). Filing the Certificate of Interested Parties on or before January 5, 2016, will satisfy the Court that sanctions are not warranted, and no further response to this order to show cause shall be required.

IT IS SO ORDERED.

DATED: December 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge